**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SAMUEL JEFFERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:12-00485** |
| | ) | **Judge Sharp** |
| **CHARLES BARLESS, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Pending before the Court is a Report and Recommendation (Docket No. 193), recommending that the Motions for Summary Judgment (Docket No. 122 & 144) filed by Defendants George Barlis and Corizon Inc. (which is improperly named in the Complaint as Corizon Mental Health) be granted because Plaintiff failed to exhaust his administrative remedies as to those Defendants. Despite being specifically informed that any objection to the Report and Recommendation needed to be filed within fourteen days of receipt, Plaintiff has filed no objections. Having undertaken the *de novo* review required by Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation is hereby ACCEPTED and APPROVED. The Motions for Summary Judgment filed by Defendants Barlis (Docket No. 122) and Corizon (Docket No. 144) are hereby GRANTED, and the claims against those Defendants are hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE