UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    No. 3:12-cv-00485 |
| v. | ) |
| | )    Judge Sharp |
| CHARLES BARLESS, *et al.*, | )    Magistrate Judge Bryant |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Defendant's First Amended Motion to Dismiss Under Rule 12(b)(6), Federal Rules of Civil Procedure and Defendant's Motion for Summary Judgment* (Docket Entry No. 182) be granted.[1] No objections were made to the R & R.[2]

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 200) is hereby ACCEPTED and APPROVED;

---

[1] All other Defendants in this case were previously terminated by Court Orders entered on June 14, 2012 and March 31, 2014. *See* (Docket Entry Nos. 11 and 197).

[2] Plaintiff received and signed for service of the R & R on July 7, 2014. (Docket Entry No. 206).

1

(2) *Defendant's First Amended Motion to Dismiss Under Rule 12(b)(6), Federal Rules of Civil Procedure and Defendant's Motion for Summary Judgment* (Docket Entry No. 182) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE